LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for William Acor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>WILLIAM ACOR, <br><br>　　　　Defendant. | Case No.: 2:22-cr-0036 GMN-DJA <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

　　　COME NOW the Defendant, William Acor, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Eric Schmale, and hereby stipulate as follows:

　　　1.　　Mr. Acor's sentencing hearing is currently scheduled for September 28, 2022.

　　　2.　　Defense counsel would like additional time to prepare mitigating information to present to this Court at the time of Sentencing and to informal objections to United States Probation.

　　　3.　　The parties have conferred and have discussed dates beginning in early

STIPULATION TO CONTINUE SENTENCING HEARING(SECOND REQUEST) - 1

November through December.  After conferring with the Courtroom Deputy, it appears that December 14, 2022 is a date that works for both parties and the Court's calendar.

4. This request is not made for the purpose of delay, but rather is made after taking into account the due diligence necessary on the part of defense counsel.  Defense counsel has previously made one request to continue the sentencing hearing and this is the second request.

Accordingly, the parties stipulate to continue the sentencing hearing to the December 14, 2022 date proposed, or if that date is not available, something in the near vicinity.

Dated this 13th day of September 2022.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Jason Frierson, United States Attorney,** |
| /s/ Lisa A. Rasmussen | /s/ Eric Schmale |
| By: Lisa A. Rasmussen, Esq. | By: Eric Schmale, AUSA |
| Counsel for William Acor | Counsel for the United States |

### ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for September 28, 2022 is hereby vacated and rescheduled for the __14th__ day of __December__, 2022 at __10:00__ am.

It is so ordered.

Dated: September 13, 2022

_____
The Honorable Gloria M. Navarro
United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING(SECOND REQUEST) - 2