LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for William Acor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-0036 GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING (THIRD REQUEST)** |
| WILLIAM ACOR, | |
| Defendant. | |

COME NOW the Defendant, William Acor, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Eric Schmale, and hereby stipulate as follows:

1. Mr. Acor's sentencing hearing is currently scheduled for December 14, 2022.

2. The parties mutually agree to move the sentencing date to January 4, 2023, a date which the parties understand is available for the Court, in order to accommodate the government counsel's current trial schedule, which is anticipated to potentially last through December 14, 2022.

STIPULATION TO CONTINUE SENTENCING HEARING(THIRD REQUEST) - 1

3. Mr. Acor has no objection to moving the sentencing hearing to January 2023 and it is preferable to him to have the sentencing hearing after the holiday period.

4. This request is not made for the purpose of delay, but rather is made after taking into account the due diligence necessary on the part of all parties. Defense counsel previously made two requests to continue the sentencing hearing and this is the third request, made in order to accommodate the government counsel's trial schedule.

Accordingly, the parties stipulate to continue the sentencing hearing to the January 4, 2023, date proposed, or a date thereafter convenient to the Court.

Dated this 28th day of November 2022.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ Lisa A. Rasmussen
_____
By: Lisa A. Rasmussen, Esq.
Counsel for William Acor

**Jason Frierson,
United States Attorney,**

/s/ Eric Schmale
_____
By: Eric Schmale, AUSA
Counsel for the United States

### ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for December 14, 2022 is hereby vacated and rescheduled for __January 4__, 2023 at __10:00__ am.

It is so ordered.

Dated: November 29, 2022

_____
The Honorable Gloria M. Navarro
United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING(THIRD REQUEST) - 2