LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for William Acor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>WILLIAM ACOR,<br><br>          Defendant. | Case No.: 2:22-cr-00036-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR REPLY TO ACOR'S MOTION FOR ORDER RE: AMENDED JUDGMENT** |

   COME NOW the Defendant, William Acor, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Jim Fang, and hereby stipulate as follows:

   1.   Mr. Acor filed a Motion to Amend Judgment re Zero Criminal History on October 31, 2023.  ECF 27.

   2.   The government filed its Opposition on November 14, 2023.  ECF 29.

   3.   Mr. Acor's Reply is due on November 21, 2023.  Counsel for Mr. Acor will be out of the jurisdiction from November 17, 2023 to December 2, 2023 and would like to have until December 8, 2023 to file her Reply.

STIPULATION TO EXTEND DEADLINE FOR REPLY TO ACOR'S MOTION FOR ORDER RE: AMENDED JUDGMENT - 1

4. The government is not opposed to this extension of time.

5. This Stipulation is not made for the purpose of delay and failure to authorize it would prejudice Mr. Acor.

Dated this 20th day of November, 2023.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Jason Frierson, United States Attorney,** |
| */s/ Lisa A. Rasmussen* | */s/ Jim Fang* |
| By: Lisa A. Rasmussen, Esq.<br>Counsel for William Acor | By: Jim Fang, AUSA<br>Counsel for the United States |

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Mr. Acor may file his Reply to the Motion for an Amended Judgment of Conviction on or before December 8, 2023.

It is so ordered.

Dated: November 20, 2023

_____
The Honorable Gloria M. Navarro
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR REPLY TO ACOR'S MOTION FOR ORDER RE: AMENDED JUDGMENT - 2